UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VICTORIA MOBLEY,

    Plaintiff,

v.    Case No. 3:23-cv-379-TJC-LLL

KERNAN LAW FIRM and
MARTHA ELIZABETH KERNAN,

    Defendants.

## O R D E R

This case is before the Court on the United States Magistrate Judge's Report and Recommendation recommending dismissing the case, terminating the pending motion, and closing the file. Doc. 15. No party has filed an objection, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation, Doc. 15, it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 15, is **ADOPTED** as the opinion of the Court.

2. This case is **DISMISSED without prejudice**.

3. The clerk is **DIRECTED** to terminate the Motion to Proceed In Forma Pauperis, Doc. 2, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, the 16th day of November, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies to:

The Honorable Laura Lothman Lambert
United States Magistrate Judge

Victoria Mobley
1601-1 North Main Street Unit #13214
Jacksonville, FL 32206

Victoria Mobley
1655 West 34th Street
Jacksonville, FL 32209